**WILLIAM S. SCOTT, ESQ. (#72581)**
**SCOTT & NICHOLS**
Professional Law Corporation
120 North Hunter Street
Stockton, CA  95202
Telephone: (209) 942-4300
Facsimile: (209) 942-4450

Attorneys for Defendant
**LINCOLN UNIFIED SCHOOL DISTRICT**

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELODY ANN POPE,<br><br>          Plaintiff,<br><br>vs.<br><br>LINCOLN UNIFIED SCHOOL DISTRICT<br><br>          Defendants. | CASE NO. CIV.S-04-1456 WBS KJM PS<br><br>**STIPULATION AND NOTICE OF DISMISSAL; ORDER** |

The parties hereto stipulate as follows:

The parties have reached a full and final settlement of all issues in this action.  A General Release and Settlement Agreement between the parties has been fully executed.

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that this action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(2).

Date: May 1, 2006                                                   Dated:  May 2, 2006

/s/ Melody Ann Pope                                              /s/ William S. Scott
MELODY ANN POPE                                              WILLIAM S. SCOTT
Plaintiff                                                                     Attorneys for Defendants
                                                                                   LINCOLN UNIFIED SCHOOL DISTRICT

---

**STIPULATION AND NOTICE OF DISMISSAL; ORDER**
1

**ORDER**

IT IS SO ORDERED:

DATED: May 2, 2006

/s/ William B. Shubb

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**STIPULATION AND NOTICE OF DISMISSAL; ORDER**
2